JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON M. WILLARD, <br><br> Plaintiff(s), <br><br> v. <br><br> US BANK, N.A., ET AL. <br><br> Defendant(s). | CASE NO. SACV 10-1838-DOC(MLGx) <br><br> **ORDER OF DISMISSAL FOR LACK OF PROSECUTION** |

The Court, having issued an Order to Show Cause on April 11, 2011, as to why this action should not be dismissed for lack of prosecution, with a written response due on April 25, 2011, and no response having been filed with the Court,

IT IS HEREBY ORDERED that this action is dismissed for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: May 26, 2011

_____
DAVID O. CARTER
United States District Judge